```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:06-cr-0281-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JAVIER HERNANDEZ, | ) | Date:  November 14, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Philip Talbert, Assistant United States Attorney, and Caro Marks, attorney for defendant Javier Hernandez, as follows:

The Status Conference date of October 17, 2006 should be continued until November 14, 2006. The reason for the continuance is that the defense just received nine cassette tapes and three CD's purporting to contain statements of Mr. Hernandez . The defense needs additional time to review the recordings (listen to them with a Spanish interpreter) and discuss them with the defendant.

///

///

///

1     The parties stipulate and agree that time under the Speedy Trial Act
2  should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
3  Code T-4, to allow defense counsel reasonable time to prepare.
4  Dated: October 19, 2006
5                                          Respectfully submitted,
6                                          DANIEL BRODERICK
                                           Federal Defender
7
8                                          /s/ Caro Marks
9                                          _____
                                           CARO MARKS
                                           Assistant Federal Defender
10                                         Attorney for Defendant
                                           JAVIER HERNANDEZ
11
12 Dated: October 19, 2006
13                                         MCGREGOR SCOTT
                                           United States Attorney
14
15                                         /s/ Phillip Talbert
16                                         _____
                                           PHILLIP TALBERT
                                           Assistant U.S. Attorney
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 17, 2006, at 9:00 a.m., status conference be continued to November 14, 2006, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the parties' stipulation to, and including, the November 14, 2006 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: October 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE