1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, CA Bar #159267
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  JAVIER HERNANDEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. 2:06-cr-0281-MCE
                                   )
12                    Plaintiff,   )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  JAVIER HERNANDEZ,              )  Date:   January 16, 2007
                                   )  Time:   8:30 a.m.
15                    Defendant.   )  Judge:  Hon. Morrison C. England
                                   )
16  _____)

17       It is hereby stipulated between the parties, Philip Talbert,

18  Assistant United States Attorney, and Caro Marks, attorney for

19  defendant Javier Hernandez, as follows:

20       The Status Conference date of December 19, 2006 should be

21  continued until January 16, 2007. The reason for the continuance is

22  that the defense is reviewing the nine cassette tapes and three CD's

23  purporting to contain statements of Mr. Hernandez. The defense needs

24  additional time to review the recordings (listen to them with a Spanish

25  interpreter); to have defendant listen to them at the Sacramento County

26  jail, and to discuss them with the defendant.

27  ///

28  ///

1    The parties stipulate and agree that time under the Speedy Trial Act

2 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local

3 Code T-4, to allow defense counsel reasonable time to prepare.

4 Dated: December 15, 2006

5                                           Respectfully submitted,

6                                           DANIEL BRODERICK
                                            Federal Defender
7

8                                           /s/ Caro Marks

9                                           _____
                                            CARO MARKS
                                            Assistant Federal Defender
10                                          Attorney for Defendant
                                            JAVIER HERNANDEZ
11

12 Dated:  December 15, 2006

13                                          MCGREGOR SCOTT
                                            United States Attorney
14

15                                          /s/ Phillip Talbert

16                                          _____
                                            PHILLIP TALBERT
                                            Assistant U.S. Attorney
17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 19, 2006, at 8:30 a.m., status conference be continued to January 16, 2007, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the parties' stipulation to, and including, the January 16, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: December 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3