DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER HERNANDEZ,<br><br>　　　　Defendant. | NO. 2:06-cr-0281-MCE<br><br>STIPULATION AND ORDER<br><br>Date:　February 20, 2007<br>Time:　8:30 a.m.<br>Judge: Hon. Morrison C. England |

　　　It is hereby stipulated between the parties, Philip Talbert, Assistant United States Attorney, and Caro Marks, attorney for defendant Javier Hernandez, as follows:

　　　The Status Conference date of February 13, 2007 should be continued one week until February 20, 2007. The reason for the continuance is to allow the defendant to consult with a second attorney about his case.

　　　Defendant has had his discovery read to him in Spanish and has listened to cassette tapes purporting to contain recordings of him engaged in drug sales. Defense counsel has explained the federal sentencing guidelines to him and reviewed them in a Spanish guidelines book. Counsel has explained all of defendant's options.

Because the defendants's sentence is relatively high, especially for an individual with no prior record, he and his counsel agree that it would be in his best interest to seek a second legal opinion about his case. Defendant asked for a Spanish-speaking attorney to furnish a second opinion, which the undersigned has arranged. The defense requests one week additional time to allow the consulting attorney to review the discovery in the case and speak with Mr. Hernandez. However, it is not anticipated at the time that Mr. Hernandez will change attorneys.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

Dated: February 12, 2007

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAVIER HERNANDEZ

Dated: February 12, 2007

                                      MCGREGOR SCOTT
                                      United States Attorney

                                      /s/ Phillip Talbert
                                      _____
                                      PHILLIP TALBERT
                                      Assistant U.S. Attorney

///

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 13, 2007 status conference be continued to February 20, 2007, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this Order up to and including February 20, 2007 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: February 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3