DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JAVIER HERNANDEZ,<br><br>          Defendant. | NO. 2:06-cr-0281-MCE<br><br>STIPULATION AND ORDER<br><br>Date:  February 27, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Philip Talbert, Assistant United States Attorney, and Caro Marks, attorney for defendant Javier Hernandez, as follows:

The Status Conference date of February 20, 2007 should be continued one week until February 27, 2007. The reason for the continuance is that pursuant to the last stipulation filed in this matter, defendant has now had a consultation with a second attorney. He needs additional time to reflect on that consultation and to decide how to resolve his case.  The parties anticipate setting the case for trial or change of plea on February 27, 20007.

///

Case 2:06-cr-00281-MCE-KJN   Document 22   Filed 02/26/07   Page 2 of 3

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

Dated: February 26, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    JAVIER HERNANDEZ

Dated: February 26, 2007

    MCGREGOR SCOTT
    United States Attorney

    /s/ Phillip Talbert
    _____
    PHILLIP TALBERT
    Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 20, 2007 status conference be continued to February 27, 2007, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///

2

1    It is ordered that time from the date of the signing of this Order
2 up to and including February 27, 2007 shall be excluded from
3 computation of time within which the trial of this matter must be
4 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
5 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
6 time to prepare.

 Dated: February 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3