DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:06-CR-00281-MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
| JAVIER HERNANDEZ, | ) Date: April 10, 2007 |
|  | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Philip Talbert, Assistant United States Attorney, and Caro Marks, attorney for defendant Javier Hernandez, as follows:

The Status Conference/COP date of April 3, 2007 should be continued one week until April 10, 2007. The reason for the continuance is to allow time to draft a plea agreement and review it with the defendant. The parties anticipate a change of plea on April 10, 2007.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

```
 1  Dated: April 5, 2007
 2                                      Respectfully submitted,
 3                                      DANIEL BRODERICK
                                        Federal Defender
 4
                                        /s/ Caro Marks
 5                                      _____
                                        CARO MARKS
 6                                      Assistant Federal Defender
                                        Attorney for Defendant
 7                                      JAVIER HERNANDEZ

 8  Dated: April 5, 2007

 9                                      MCGREGOR SCOTT
                                        United States Attorney
10
                                        /s/ Phillip Talbert
11                                      _____
                                        PHILLIP TALBERT
12                                      Assistant U.S. Attorney
```

1 **ORDER**

2   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the April 3, 2007 status conference be continued to April
4 10, 2007, at 8:30 a.m.  The Court finds that the ends of justice to be
5 served by granting a continuance outweigh the best interests of the
6 public and the defendant in a speedy trial.  It is ordered that time
7 from the date of the signing of this Order up to and including February
8 April 10, 2007 shall be excluded from computation of time within which
9 the trial of this matter must be commenced under the Speedy Trial Act
10 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
11 to allow defense counsel time to prepare.

12  Dated: April 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE