```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, CA Bar #159267
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5  JAVIER HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:06-cr-00281-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| JAVIER HERNANDEZ, | ) Date: May 1, 2007 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Philip Talbert, Assistant United States Attorney, and Caro Marks, attorney for defendant Javier Hernandez, as follows:

The Status Conference/COP date of April 24, 2007 should be continued one week until May 1, 2007. The reason for the continuance is to allow the defendant time to review the plea agreement with the undersigned. The parties anticipate a change of plea on May 1, 2007.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

Dated: May 2, 2007

                        Respectfully submitted,

                        DANIEL BRODERICK
                        Federal Defender

                        /s/ Caro Marks
                        _____
                        CARO MARKS
                        Assistant Federal Defender
                        Attorney for Defendant
                        JAVIER HERNANDEZ

Dated: May 2, 2007

                        MCGREGOR SCOTT
                        United States Attorney

                        /s/ Phillip Talbert
                        _____
                        PHILLIP TALBERT
                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 24, 2007 status conference be continued to May 1, 2007, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of the signing of this Order up to and including May 1, 2007 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2