SHON NORTHAM
Attorney At Law
State Bar Number 202912
428 J Street, Suite 540
Sacramento, CA 95814-1858
Telephone (916) 441-1951

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,         )<br>                             )<br>      vs.                    )<br>                             )<br>                             )<br>                             )<br>                             )<br>JAVIER HERNANDEZ             )<br>                             )<br>           Defendant.        )<br>_____) | No. 2:06-cr-00281-MCE<br><br><br>**STIPULATED CONTINUANCE<br>AND PROPOSED ORDER.**<br><br><br>DATE:   09-13-07<br>TIME:    9:00 a.m.<br>COURT: Hon. Morrison C. England |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Javier Hernandez, by and through his attorney, Shon Northam, as follows:

It is agreed that the current Status Conference date of September 13, 2007 be vacated and a new Status Conference date of November 1, 2007 at 9:00 a.m. be set.

The continuance of the Status Conference is necessary because defense counsel just needs additional time to review the discovery materials and the plea transcript with Mr. Hernandez.

///

1

Accordingly, the parties jointly request a new Status Conference date and that the time period from August 30, 2007, to and including November 1, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully, submitted

Dated:   September 12, 2007

_____
/s/   SHON NORTHAM
Attorney for Defendant
JAVIER HERNANDEZ

Dated:   September 12, 2007          MCGREGOR W. SCOTT
UNITED STATES ATTORNEY

_____
/s/   PHILLIP TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE