```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 206-cr-00281-MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) AMENDING BRIEFING SCHEDULE AND ) RE-SCHEDULING HEARING ON |
| JAVIER HERNANDEZ, | ) DEFENDANT'S MOTION TO WITHDRAW ) GUILTY PLEA |
| Defendant. | ) DATE: February 28, 2008 ) TIME: 9:00 a.m. ) Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Javier Hernandez, by and through his counsel Shon Northam, hereby stipulate and agree as follows:

In order to allow government counsel sufficient time to review issues raised in defendant's motion to withdraw his guilty plea and to allow the parties sufficient time to prepare and file the remaining briefs relating to the motion, the remainder of the briefing schedule for the motion to withdraw guilty plea and the

1

scheduling of the non-evidentiary hearing should be amended as follows: government's response to be filed by February 15, 2008; defendant's reply to be filed by February 22, 2008; non-evidentiary hearing February 28, 2008, at 9:00 a.m.; and the time between the filing of defendant's motion on December 13, 2007, and the hearing, to be rescheduled for February 28, 2008, should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F), for pending motion.

```
Date: January 10, 2008         McGREGOR W. SCOTT
                               United States Attorney

                         By:   /s/ Phillip A. Talbert
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney


Date: January 10, 2008   By:   /s/ Shon Northam
                               SHON NORTHAM, ESQ.
                               Attorney for defendant
                               JAVIER HERNANDEZ
                               by Phillip A. Talbert per
                               email authorization
```

## **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2