UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>      v.<br><br>JAVIER HERNANDEZ,<br><br>            Movant. | No.  2:06-cr-0281 MCE KJN P<br><br><br>ORDER |

Movant Javier Hernandez ("Movant"), a federal prisoner proceeding pro se, has filed a motion to reduce his sentence pursuant to the amendment to the drug quantity table, also known as the "Drug Minus Two Act."   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  See ECF No. 69.

On June 10, 2014, the magistrate judge filed Findings and Recommendations herein, ECF No. 71, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days.  Movant has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Movant cannot challenge the application of the amendment to the drug quantity table unless or until it becomes effective.

Accordingly,

1. The Findings and Recommendations, ECF No. 71, filed June 10, 2014, are ADOPTED IN FULL;

2. The motion to reduce movant's sentence, ECF No. 68, is DENIED without prejudice; and

3. The Clerk of Court shall CLOSE the companion civil case No. 2:14-cv-1299 MCE KJN P.

IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT