UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JAVIER HERNANDEZ,<br><br>    Movant. | No. 2:06-cr-0281 MCE KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 68. By order filed September 4, 2014 (ECF No. 75), the Court adopted the June 10, 2014 Findings and Recommendations (ECF No. 71), and denied the motion to reduce movant's sentence; the order was served on movant at his record address. On September 15, 2014, movant's copy of the order was returned as undeliverable, marked "refused; unknown; name & number do not match; cannot locate inmate." ECF No. 76. On September 22, 2014, movant filed a letter entitled, "Inmate Hernandez Request[s] a Reduction of the Balance of His Sentence." ECF No. 77. Movant again seeks a reduction in his sentence based on the pending amendment to the drug quantity table. Id. In his recent filing, movant makes no reference to the Magistrate Judge's Findings and Recommendations, nor to the September 4, 2014 order.

////

Although it appears from the file that movant's copies of the June 10, 2014, Findings and Recommendations and the September 4, 2014, Order were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Moreover, movant is required to file and serve a separate notice of change of address each time his address changes. Movant's most recent filing did not alert the clerk's office to movant's change of address to North Carolina. However, the Clerk of Court will be directed to change movant's address of record to the address contained in movant's recent filing, including changing his Bureau of Prisons' registration number to 16534-097, and to re-serve copies of the Order and the Findings and Recommendations on movant at his new address.

Moreover, movant's September 22, 2014 request for reduction was not properly filed as a motion, and is duplicative of his May 12, 2014 motion. Thus, the request is DENIED without prejudice.

Accordingly:

1. The Clerk of Court is DIRECTED: (1) to change movant's address of record to the address contained in movant's September 22, 2014 request (ECF No. 77), (2) to change his Bureau of Prisons' registration number to 16534-097, and (3) to re-serve copies of the September 4, 2014, Order (ECF No. 75) and the June 10, 2014, Findings and Recommendations (ECF No. 71) on movant at his new address in North Carolina; and

2. Movant's September 22, 2014 request (ECF No. 77) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: October 15, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT